In the Matter of FRANCISCO S., A Person Alleged to be a Juvenile Delinquent, Appellant.—

Concur — McGivern, J. P., Markewich, Kupferman, Tilzer and Eager, JJ.